In The District Court Of The United States For The Middle District Of Alabama Northern Division

Bernetta L. Willis
  Petitioner,
v.                                                 Civil Action No.
United States of America                2:19cv651-MHT
  Respondent,

RECEIVED
2019 OCT -7  A 10:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Appointment Counsel,

Comes now Petitioner Pro Se, Requesting Legal Counsel for any futher responding to the Court. Due to petitioner has diminished Capacity

Petitioner Suffers from mental illness and have Serious medical Condition. Petitioner's has to be taken to hospital and Specialist often, And always weak. Also petitioner is indigent and cannot afford attorney.

The petitioner prays the Court grant her request.

### "Certificate of Service"

The petitioner has sent a copy to the US Attorney also at 131 Clayton Ave Montgomery Alabama 36104. On this day 10-1-19

Signature- BW
10-1-19

Berrietta L. Willis - 11880-002
Federal Correctional Institution Aliceville
P.O. Box 4000
Aliceville Al. 35442

⇔11880-002⇔
District Court
~~P.O. Box~~ 1 Church St
Montgomery, AL 36104
United States

"1 Church St"

1 Church St.