IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETTA LASHAY WILLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:19cv651-MHT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

The Clerk is DIRECTED to:

(1)  STRIKE Petitioner's Motion for Emergency Compassionate Release, currently docketed as Doc. # 25; and

(2)  DOCKET this same motion in Criminal Case 2:06cr71-MHT.

Done this 21st day of April, 2020.

/s/  Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE