IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETTA LASHAY WILLIS,              )<br>                                                          )<br>     Petitioner,                                )<br>                                                          )<br>     v.                                              )          Civil Action No.<br>                                                          )          2:19cv651-MHT<br>UNITED STATES OF AMERICA,       )<br>                                                          )<br>     Respondent.                              ) | |

## **ORDER**

The Clerk is DIRECTED to:

(1) STRIKE Petitioner's self-styled "Motion to Amend – Exhibit," currently docketed as Doc. # 23; and

(2) DOCKET this same motion (with attachments) as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) in Criminal Case 2:06cr71-MHT.

Done this 29th day of April, 2020.

　　　　　　　　　　　　　　 /s/  Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE