IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BERNETTA LASHAY WILLIS,** | ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv651-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 33) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 32) is adopted.

(3) The 28 U.S.C. § 2255 petition (Doc. 1) is denied.

(4) Petitioner's motion to file lawsuit (Doc. 28) is denied.  If petitioner seeks to file suit against individuals involved in her medical care, she should do so in a new lawsuit.

(5) Petitioner's motion for relief of 924(c) charges (Doc. 31) and her motion to suppress evidence (Doc. 34) are denied as moot.

The clerk of court is DIRECTED to (a) strike petitioner's motion for emergency compassionate release (Doc. 35) from the docket of this case, and (b) file it in petitioner's criminal case, 2:06cr71 *United States v. Willis*.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of August, 2022.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE